HENRY MOODY, Respondent, v. THE VILLAGE OF SARATOGA SPRINGS, Appellant.

*Moody* v. *Village of Saratoga Springs*, 17 App. Div. 207, affirmed.
(Argued May 18, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 7, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Joseph P. Brennan* for appellant.

*Edgar T. Brackett* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN and WERNER, JJ. Not sitting: LANDON, J.

---

JOHN B. DAVIS, Respondent, v. THE VILLAGE OF SARATOGA SPRINGS, Appellant.

*Davis* v. *Village of Saratoga Springs*, 17 App. Div. 623, affirmed.
(Argued May 18, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 7, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Joseph P. Brennan* for appellant.

*Edgar T. Brackett* for respondent.

Judgment affirmed, with costs, upon the case of *Moody* v. *Village of Saratoga Springs* (163 N. Y. 581).
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN and WERNER, JJ. Not sitting: LANDON, J.